UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ESL Credit Union,

    Plaintiff,

v.                                    Case No. 2:16-cv-989

Craig T. Tauterrouff,            Judge Michael H. Watson

    Defendant.

## ORDER

On November 7, 2016, United States Magistrate Judge Kemp issued a Report and Recommendation ("R&R") recommending that this case be remanded to the Delaware County, Ohio, Municipal Court. R&R 2, ECF No. 6. The R&R notified the parties of their right to file objections pursuant to 28 U.S.C. § 636(b)(1) and warned the parties that a failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the Undersigned. *Id.*

Plaintiff concedes that the case was improperly removed. Mot. Remand, ECF No. 5. Further, the deadline for filing objections to the R&R has passed, and none were filed. Accordingly, the R&R is **ADOPTED**. This case is **REMANDED** to the Delaware County, Ohio, Municipal Court.

    IT IS SO ORDERED.

                                                                                                                                           */s/ Michael H. Watson*
                                                MICHAEL H. WATSON, JUDGE
                                                UNITED STATES DISTRICT COURT